DAVID N. WOLF (6688)
THOMAS D. ROBERTS (2773)
ANDREW DYMEK (9277)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: thomroberts@agutah.gov

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED UTAH PARTY, et al., | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiff, | |
| v. | Case No. 2:17-cv-00655-DN |
| SPENCER J. COX, in his official capacity as the Lieutenant Governor of the State of Utah, | Judge David Nuffer |
| Defendants. | |

Pursuant to DUCivR 7-1(b)(4), Defendant hereby files this Notice of Supplemental

Authority. Attached as Exhibit 1 to this Notice is a copy of the order in *Teng v.Cox,* which

was issued on July 13, 2017, in the case of *Teng v.Cox,* in the Third District Court of the

State of Utah, Case No. 170903450 WR, the Honorable Judge Barry Lawrence entered his

Final Order: 1) Denying Motion for Temporary Restraining Order and Preliminary

Injunction and 2) Dismissing case.   The *Teng* order was referenced in Defendant's

memorandum opposing Plaintiff's motion for a temporary restraining order and preliminary injunction, but at the time of filing of the memorandum only a proposed copy of the order was available.  [Doc. 17, pp. 13-15, Exhibit 4 thereto]

DATED:  July 13, 2017.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Andrew Dymek
DAVID N. WOLF
THOMAS D. ROBERTS
ANDREW DYMEK
Assistant Utah Attorneys General
*Counsel for Defendant*