DAVID N. WOLF (6688)
THOMAS D. ROBERTS (2773)
ANDREW DYMEK (9277)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: thomroberts@agutah.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED UTAH PARTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as the Lieutenant Governor of the State of Utah,<br><br>Defendant. | **DEFENDANT'S SUPPLEMENTATION OF MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 2:17-cv-00655-DN<br><br>Judge David Nuffer |

In accordance with the Court's instructions at the hearing held on July 14, 2017, Defendant submits the Interlocal Cooperation Agreement for Candidate Signature Petition Processing (the "Agreement"), dated June 7, 2017, attached hereto as Exhibit 1. The Agreement confirms that on June 7, 2017, the Lieutenant Governor's office contracted with Davis County for temporary workers to verify signature petitions.

\\

DATED:  July 20, 2017.

                                  OFFICE OF THE UTAH ATTORNEY GENERAL

                                  <u>/s/ Andrew Dymek</u>
                                  DAVID N. WOLF
                                  THOMAS D. ROBERTS
                                  ANDREW DYMEK
                                  Assistant Utah Attorneys General
                                  *Counsel for Defendant*