DAVID N. WOLF (6688)
THOMAS D. ROBERTS (2773)
ANDREW DYMEK (9277)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: thomroberts@agutah.gov
E-mail: adymek@agutah.gov

*Counsel for Defendant*

---

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED UTAH PARTY, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>SPENCER J. COX, in his official capacity as the Lieutenant Governor of the State of Utah,<br><br>  Defendants. | **STIPULATED MOTION TO CONTINUE DATES**<br><br><br>Case No. 2:17-cv-00655-DN<br><br>Judge David Nuffer |

**RELIEF SOUGHT & SUPPORTING AUTHORITY**

Pursuant to Federal Rules of Civil Procedure 16(b)(2), the parties stipulate to and jointly

move for an order continuing, without date, the initial pretrial conference and the filing of an

attorneys' planning meeting report and proposed scheduling order.  The Court has scheduled an

initial pretrial conference for September 13, 2017, and has directed that an attorneys' planning

meeting report and proposed scheduling order be prepared 21 days prior to that date.  (Dkt. 42).

However, good cause exists for continuing these dates.  *See* Fed. R. Civ. 16(b) (allowing a judge

to delay entry of a scheduling order if good cause exists).  The parties are attempting to negotiate

a settlement of Plaintiffs' claim for attorneys' fees, which is the only remaining unresolved issue

at this point.  A settlement would moot the need for further proceedings in this matter.  The

parties will inform the Court if they are unable to reach a negotiated resolution of the attorneys'

fee claim.

     Accordingly, this Court should GRANT this this motion.

     DATED:  August 24, 2017.

                    OFFICE OF THE UTAH ATTORNEY GENERAL

                    /s/  Andrew Dymek
                    DAVID N. WOLF
                    THOMAS D. ROBERTS
                    ANDREW DYMEK
                    Assistant Utah Attorneys General
                    *Counsel for Defendant*

                    PARR BROWN GEE & LOVELESS, P.C.

                    /s/ Cheylynn Hayman
                    CHEYLYNN HAYMAN

                    THE LAW OFFICE OF BRYAN L. SELLS, LLC.

                    /s/ Bryan L. Sells
                    BRYAN L. SELLS

                    Attorneys for Plaintiffs

                    (*electronic signatures added with permission*)