Bryan L. Sells (bryan@bryansellslaw.com) *(admitted pro hac vice)*
THE LAW OFFICE OF BRYAN L. SELLS, LLC
P.O. Box 5493
Atlanta, GA 31107
Telephone: (404) 480-4212

Cheylynn Hayman (9793) (chayman@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 532-7840

Attorneys for Plaintiffs

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED UTAH PARTY, et al.,<br><br>            Plaintiffs,<br><br>   vs.<br><br>SPENCER J. COX, in his official capacity as the Lieutenant Governor of the State of Utah,<br><br>            Defendant. | **JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION, GRANT OF AWARD OF ATTORNEYS' FEES AND COSTS TO PLAINTIFFS, AND ENTRY OF JUDGMENT**<br><br>Case No. 2:17-cv-00655-DN<br><br>Judge David Nuffer |

        COMES NOW Plaintiffs the United Utah Party, Jim Bennett, Diane Knight, Vaughn R.

Cook, and Aaron Aizad (collectively, "Plaintiffs") and Defendant Spencer J. Cox ("Defendant")

in the above-captioned matter, by and through their undersigned counsel, hereby jointly stipulate

and move the Court for the entry of an Order (1) granting a permanent injunction in the above-

captioned matter, (2) awarding reasonable attorneys' fees and costs to Plaintiffs in the amount of

$115,000, and (3) entering judgment in favor of Plaintiffs and against Defendant.  A proposed

order granting this Joint Motion is filed concurrently herewith.

DATED this 2nd day of November, 2017.

PARR BROWN GEE & LOVELESS, P.C.

/s/ Cheylynn Hayman
Cheylynn Hayman

THE LAW OFFICE OF BRYAN L. SELLS, LLC

/s/ Bryan L. Sells
Bryan L. Sells
*Attorneys for Plaintiffs*

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ David N. Wolf
David N. Wolf
Assistant Utah Attorney General
*Counsel for Defendant*
*(signed by filing attorney with permission)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November 2017, a true and correct copy of

the foregoing **JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION, GRANT**

**OF AWARD OF ATTORNEYS' FEES AND COSTS TO PLAINTIFFS, AND ENTRY OF**

**JUDGMENT** was filed via the Court's EM/ECF filing system, which served the following:

Thomas D. Roberts
David N. Wolf
Assistant Attorney General
160 E. 300 S., Suite 500
PO Box 140857
Salt Lake City, Utah 84114-0857
thomroberts@agutah.gov
dnwolf@agutah.gov


/s/ Cheylynn Hayman

3