# United States District Court

## District of Utah

UNITED UTAH PARTY, an unincorporated political association of Utah citizens;
JIM BENNETT, an individual;
DIANE KNIGHT, an individual;
VAUGHN R. COOK, an individual, and
AARON AIZAD, an individual,

Plaintiffs,

v.

SPENCER J. COX, in his official capacity as the Lieutenant Governor of the State of Utah,

Defendant.

**JUDGMENT AND PERMANENT INJUNCTION IN A CIVIL CASE**

Case Number: 2:17-cv-00655-DN-DN

This action came to hearing before the Court. The issues have been tried, and heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiffs and against Defendant;

Defendant Spencer J. Cox, Lieutenant Governor of State of Utah, along with his officers, agents, servants, employees, attorneys, successors, and all other persons who are in active concert or participation with him, is permanently enjoined from failing to include the nominee of the United Utah Party, Jim Bennett, on the ballot in the special election to be held on November 7, 2017, in the Third Congressional District; and

Plaintiffs, as the prevailing party within the meaning of 42 U.S.C. § 1988, are awarded their reasonable attorneys' fees and costs from Defendant in the amount of One Hundred-Fifteen Thousand and no/100 Dollars ($115,000.00).

2

November 2, 2017	BY THE COURT:
_____	
*Date*	

_____
David Nuffer
United States District Judge